## COMMISSIONER OF INTERNAL REVENUE v. HEMENWAY–JOHNSON FURNITURE CO., Inc.

### No. 12664.

United States Court of Appeals
Fifth Circuit.

May 30, 1949.

Virginia H. Adams, Ellis N. Slack, and A. F. Prescott, Sp. Assts. to Atty. Gen., Washington, D. C., Theron Lamar Caudle, Asst. Atty. Gen. and Charles Oliphant, Chief Counsel, Bur. Int. Rev., and John M. Morawski, Spl. Atty., Bur. Int. Rev., Washington, D. C., for petitioner.

---

5 See authorities cited in note 2 hereof.

Laurence F. Casey, Charles C. MacLean, Jr., New York City, for respondent.

Before SIBLEY, HOLMES, and Mc-CORD, Circuit Judges.

PER CURIAM:

The question is whether payments made on some of taxpayer's outstanding securities were interest which it can deduct from its income for purposes of taxation, or were dividends paid out. The answer depends on whether the securities are interest bearing debentures, as they purport on their face to be, or are really preferred stock. There are features and facts looking both ways. The Tax Court in a careful opinion held the payments were interest. We affirm that conclusion.

Affirmed.